UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

JORGE FERRER,

        Plaintiff,

vs.

FIDELITY NATIONAL PROPERTY &
CASUALTY INSURANCE COMPANY
a Foreign Corporation,

        Defendant.
_____/

09-61487 CIV-ZLOCH ROSENBAUM

FILED by ___ D.C.
SEP 18 2009
STEVEN M. LARIMORE
CLERK U.S. DIST. CT
S. D. of FLA. - MIAMI

## COMPLAINT

**COMES NOW** Plaintiff, JORGE FERRER, Plaintiff (hereinafter "FERRER") by and through the undersigned counsel and files this Complaint against Defendant, FIDELITY NATIONAL PROPERTY & CASUALTY INSURANCE COMPANY, a Foreign Corporation, (hereinafter "FIDELITY") and in support thereof states the following:

### JURISDICTIONAL ALLEGATIONS AND PARTIES

1. This is an action for declaratory relief and breach of contract arising under a flood insurance policy issued in conjunction with The National Flood Insurance Program administered by the Federal Emergency Management Agency of the United States Department of Homeland Security pursuant to **42 U.S.C. § 4053** and is therefore within the jurisdiction of this Honorable Court.

2. FERRER is a resident of Hollywood, Broward County, Florida, who owns real property located at 700 Harrison Street, Hollywood, Florida 33019, and is sui juris.

3. FIDELITY is a foreign corporation in good standing, with its principle office, upon information and belief, located in Tallahassee, Florida, and issues flood insurance in conjunction with The National Flood Insurance Program administered by the Federal Emergency Management Agency of

the United States Department of Homeland Security.

## FACTUAL ALLEGATIONS

4. FERRER'S property located at 700 Harrison Street, Hollywood, Florida 33019 was insured by a policy of flood insurance issued by FIDELITY at all times material hereto; the entire policy is in the possession, custody, and control of FIDELITY, shall be requested in discovery, and filed with this Court upon receipt.

5. This property is a residential home.

6. On or about September 25, 2008, FERRER's property suffered substantial damages due to flooding.

7. FERRER duly notified FIDELITY the claim.

8. FIDELITY inspected and inspected the property and adjusted the loss, but tendered a check for only $205.82 as settlement in full, an amount which was woefully inadequate to compensate FERRER for the damages sustained as a result of the flood loss or to rebuild the structure with the insurance proceeds.

9. FERRER, through counsel, advised FIDELITY that this amount was not sufficient to indemnify FERRER for his loss.

10. FIDELITY has failed to pay FERRER any additional funds for his flood loss.

11. All conditions preceding the filing of this action have occurred or have been waived.

12. FERRER has retained the undersigned counsel and is obligated to pay said counsel reasonable attorney's fees.

## COUNT ONE
## DECLARATORY RELIEF

13. FERRER realleges and reveres the allegations set forth in paragraphs 1 through 12.

14. A bona fide actual, present, and practical need for declaratory relief exists in this action, specifically whether or not FERRER is entitled to further coverage under their policy with FIDELITY for this loss.

15. A present ascertained set of facts and a present actual controversy about the state of facts is present in this action.

16. A power of privilege immunity right of FERRER is dependent upon the facts and the law applicable to these facts.

17. FIDELTY has an actual present adverse interests in the subject matter.

18. The dispute between the parties is definite and concrete, affecting the party's legal interests with sufficient immediacy as to justify relief

19. These adverse interests are before the Court.

20. The rendering by this Honorable Court of a Declaratory Judgment will not be merely giving legal advise.

WHEFORE, FERRER respectfully requests that this Honorable Court grant Declaratory Judgment against FIDELITY along with attorney's fees, court costs and any other relief deemed just and proper.

## COUNT TWO
## BREACH OF CONTRACT

21. FERRER realleges and reveres the allegations set forth in paragraphs 1 through 12.

23. FERRER and FIDELITY have a contractual relationship with one another pursuant to the insurance policy insuring the insured premises.

23. FERRER performed all his duties and obligations under the contract.

24. FIDELITY failed to comply with his duties and obligations, specifically failing to pay for covered losses in full to FERRER.

25. FERRER has been damaged by FIDELITY's breach of the policy.

WHEREFORE, FERRER respectfully requests this Honorable Court to enter a judgment for damages against FIDELITY including but not limited to pre-judgment interest, attorney's fees, court costs and any and other relief deemed just and proper.

Signed this 16th day of September, 2009.

Kurt Von Gonten, Esq.
Middagh Law Group, P,L.
Filer

*[Signature]*
Signature

0897231
Florida Bar Number

middaghlawgropu@yahoo.com
E-mail address

(305) 232-2162
Phone Number

(305) 262-1920
Facsimile Number

8470 S.W. 8th Street
Street Address

Miami, Florida 33144
City, State, Zip Code

JS 44 (Rev. 2/08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.) NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.

09-61487

FILED by ___ D.C.
SEP 18 2009
STEVEN M. LARIMORE
CLERK U.S. DIST CT
S. D. of FLA. MIAMI

**I. (a) PLAINTIFFS**
FERRER, JORGE

**DEFENDANTS**
FIDELITY NATIONAL PROPERTY & CASUALTY INSURANCE COMPANY

**(b)** County of Residence of First Listed Plaintiff: Broward County
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Not applicable
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Kurt Von Gonten, Esq.
Middagh Law Group, P.L.
8470 S.W. 8th Street
Miami, Florida 33144
Phone: (305) 232-2162

Attorneys (If Known)

CIV-ZLOCH
ROSENBAUM

**(d)** Check County Where Action Arose: ☐ MIAMI-DADE ☐ MONROE ☑ BROWARD ☐ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE HIGHLANDS

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☑ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☑ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☑ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☑ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / **Habeas Corpus:** | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | / ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

**V. ORIGIN** (Place an "X" in One Box Only)
☑ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed- (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. RELATED/RE-FILED CASE(S).**
(See instructions second page):
a) Re-filed Case ☐ YES ☑ NO
b) Related Cases ☐ YES ☑ NO
JUDGE _____ DOCKET _____

**VII. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):
Declaratory Action/Breach of Contract
LENGTH OF TRIAL via 1 days estimated (for both sides to try entire case)

**VIII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☑ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE
SIGNATURE OF ATTORNEY OF RECORD
DATE: September 16, 2009

FOR OFFICE USE ONLY
AMOUNT $350 RECEIPT # 1008665
9/18/09